UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH A. GARDNER,<br><br>                       Petitioner,<br><br>v.<br><br>JEFFERY UTTECHT,<br><br>                       Respondent. | NO: 12-CV-0339-JPH<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND TRANSFERRING CASE TO WESTERN DISTRICT OF WASHINGTON |

     Magistrate Judge Hutton filed a Report and Recommendation on May 30, 2012, recommending Mr. Gardner's habeas corpus petition be transferred to the Western District of Washington. There being no objections, the court **ADOPTS** the Report and Recommendation.

     Therefore, **IT IS ORDERED** this action is **TRANSFERRED** to the United States District Court for the Western District of Washington. No ruling has been made regarding Petitioner's application to proceed *in forma pauperis*.

     **IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, and forward a copy to Petitioner. The District Court Executive is further

ORDER ADOPTING REPORT AND RECOMMENDATION AND
TRANSFERRING CASE TO WESTERN DISTRICT OF WASHINGTON -- 1

1  directed to forward this file with a copy of this Order to the Clerk of the United

2  States District Court for the Western District of Washington and close the file in

3  this district.

4      **DATED** this 12th day of June 2012.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER ADOPTING REPORT AND RECOMMENDATION AND
TRANSFERRING CASE TO WESTERN DISTRICT OF WASHINGTON -- 2